1  WILLIAM R. TAMAYO, # 084965
   JONATHAN T. PECK, #12303 (VA)
2  LINDA S. ORDONIO-DIXON #172830
   EQUAL EMPLOYMENT OPPORTUNITY
3        COMMISSION
   San Francisco District Office
4  901 Market Street, Suite 500
   San Francisco, California  94103
5  Telephone: (415) 356-5056

6  Attorneys for Plaintiff

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

12 EQUAL EMPLOYMENT OPPORTUNITY )
   COMMISSION,                  )   CIVIL ACTION NO.
13                              )
                                )
14              Plaintiff,      )
                                )
15 v.                           )   **C O M P L A I N T**
                                )   Civil Rights - Employment Discrimination
16 RES CARE  INC.               )
                                )   **JURY TRIAL DEMAND**
17                              )
                                )
18              Defendant.      )
                                )
19 ─────────────────────────────

21                **NATURE OF THE ACTION**

22      This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

23 Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation and to

24 provide appropriate relief to Charging Party Raymond Robbins.  As alleged below, defendant

25 discriminated against Mr. Robbins when it refused to hire him in retaliation for opposing practices

26 made unlawful by Title VII.

27 //

28 //

**COMPLAINT**

1

**JURISDICTION AND VENUE**

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337. 1343, and 1345. This action is authorized and instituted pursuant to Sections 706 (f) (1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f) (1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981 A.

**INTRA DISTRICT ASSIGNMENT**

The employment practices alleged to be unlawful were committed on Treasure Island in the County of San Francisco, California, which is within the jurisdiction of the United States District Court for the Northern District of California.

**PARTIES**

1. Plaintiff, the Equal Employment Opportunity Commission ( EEOC), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Sections 706 (f) (1) and (3) of Title VII, 42 U.S.C. §§2000e-5 (1) and (3).

2. At all relevant times, Defendant Res Care Inc. (Defendant Employer) has continuously been doing business in the State of California at various locations including Treasure Island, California, which is in the County of San Francisco, and has continuously employed at least fifteen employees.

3. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

//
//
//
//

COMPLAINT

2

**STATEMENT OF CLAIMS**

4. More than thirty days prior to the institution of this lawsuit, Raymond Robbins filed a Charge of Discrimination with the EEOC alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

5. Since at least January 14, 1999, Defendant Employer has engaged in unlawful practices at its Treasure Island, California location in violation of Section 704 (a) of Title VII, 42 U.S.C. §2000e-3 (a). These practices include refusing to hire Mr. Robbins in retaliation for opposing practices made unlawful by Title VII.

6. The effect of the practices complained of above has been to deprive Mr. Robbins of equal employment opportunities based on his opposition to practices made unlawful by Title VII.

7. The unlawful employment practices complained of above were intentional.

8. The unlawful employment practices complained of above were and are done with malice and/or reckless indifference to the federally protected rights of Mr. Robbins.

**PRAYER FOR RELIEF**

WHEREFORE, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation and any other employment practices which discriminate on the basis of retaliation

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for their employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Mr. Robbins by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole Mr. Robbins by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and

humiliation, in amounts to be determined at trial.

    E.    Order Defendant Employer to pay Mr. Robbins punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

    F.    Grant such further relief as the Court deems proper.

    G.    Award the EEOC its costs in this action.

## **JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1801 L Street, N.W.
Washington, D.C. 10507

DATED: August ____, 2001 _____
    WILLIAM R. TAMAYO
    Regional Attorney

DATED: August ____, 2001 _____
    JONATHAN T. PECK
    Supervisory Trial Attorney

DATED: August ____, 2001 _____
    LINDA S. ORDONIO-DIXON
    Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California 94103-1735

**COMPLAINT**