1 WILLIAM T. TAMAYO - #084965 (CA)
  JONATHAN T. PECK - #12303 (VA)
2 EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
3 San Francisco District Office
  901 Market Street, Suite 500
4 San Francisco, California 94103
  Telephone: (415) 356-5085
5 Facsimile: (415) 356-5046

6 Attorneys for Plaintiff

**RECEIVED** JAN 2 9 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED** JAN 3 0 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

10 EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION,

12            Plaintiff,

13 v.

14 RES CARE, INC.,

15            Defendant.

CASE NO. C- 01-3353-CW

**CONSENT DECREE**

17     Plaintiff Equal Employment Opportunity Commission ("EEOC" or the "Commission") filed this action under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §2000e, *et seq.*, to correct alleged unlawful employment practices on the basis of retaliation. The Commission alleged that Defendant Res Care, Inc. ("Defendant") violated Title VII by refusing to hire Raymond Robbins on account of his protected Title VII activity. Defendant denied and continues to deny the Commission's allegations. The Commission and Defendant (collectively, the "Parties") now seek to resolve this action without further contested litigation.

    In light of the pleadings, the record herein, and the applicable law, the Court has reviewed and now approves this Consent Decree ("Decree").

////
////

CONSENT DECREE CASE NO, C-01-3353-CW                    1

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

## I. GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter of and the Parties to this action.

B. This Decree constitutes a full and final resolution of the Commission's claims against Defendant in this action.

C. This Decree shall become effective upon its entry by the Court.

D. This Decree is final and binding upon the Parties, their successors and assigns.

E. The Commission and Defendant shall each bear its own costs and attorneys fees in this action.

F. Nothing in this Decree shall constitute or be deemed to constitute a finding against or admission of wrongdoing or liability by Defendant.

## II. MONETARY RELIEF

1. Defendant agrees to pay the total gross amount of $25,000.00 to Raymond Robbins in accordance with the separate release executed by Defendant and Mr. Robbins.

B. Defendant shall send photocopy evidence of the payment to Jonathan T. Peck, EEOC Supervisory Trial Attorney, 901 Market Street, Suite 500, San Francisco, California 94103.

## III. INJUNCTIVE RELIEF

A. **Non-Discrimination**

1. During the term of this Decree, Defendant, its officers, agents, successors and other persons in active concert or participation with it, or any of them, is enjoined from engaging in reprisal or retaliation of any kind against any person: because of such person's filing a charge, testifying or participating in any manner in any investigation, proceeding or hearing in this case; or because such person was identified as a witness or possible witness for the Commission in this case; or because such person participated in any manner in this action or in the investigation giving rise to this action; or because such person is designated to receive any individual relief under this Decree.

////

B. **Posting of Notice**

   1. Within ten business days of the entry of this Decree, Defendant shall post the Notice attached as Attachment A. Defendant shall post the Notice of its Treasure Island location, in a conspicuous place where notices to employees and applicants for employment are customarily kept or posted.

   2. The Notice shall remain posted for the duration of this Decree. If the Notice becomes defaced or illegible, Defendant will replace it with a clean copy.

C. **Anti-Discrimination Policy**

   1. During the term of this Decree, Defendant shall adopt or maintain a policy proscribing retaliation against any person who complains about discrimination or who files a charge of discrimination (the "Anti-Discrimination Policy").

   2. Within 30 days of the entry of this Decree, Defendant shall post its Anti-Discrimination Policy at its Treasure Island location, in a conspicuous place where notices to employees and applicants for employment are customarily kept or posted.

D. **Training**

   1. During the term of this Decree, Defendant shall conduct one annual employment law compliance training for all its Treasure Island facility employees. The training shall be conducted by persons experienced in employment law. Educational materials discussing employment laws shall be distributed to all employees at the training session. The training shall at a minimum include discussion of workplace Title VII issues, how to follow defendant's Anti-Discrimination Policy's procedures and the penalties for engaging in employment discrimination.

   2. Defendant agrees that the training session will take place within 120 days of entry of the Consent Decree.

   3. Defendant shall require all employees who participate in the training to print and sign their names on an attendance roster and shall ask them to complete a course evaluation.

E. **Record Keeping and Reporting Provisions**

1. Within 30 days of the entry of this Decree, Defendant shall certify in writing to the Commission that it posted the Notice in accordance with Section III.B.1., and that it posted the Anti-Discrimination Policy in accordance with Section III.C.2. Defendant shall attach a copy of the Anti-Discrimination Policy to the certification and send it to Jonathan T. Peck, EEOC, 901 Market Street, Suite 500, San Francisco, California, 94103.

2. Copies of the attendance roster, certificate of attendance, and evaluation prepared pursuant to Section III.D.3., as well as an outline or course syllabus used for the training shall be mailed to Mr. Peck within 14 days of completion of the training conducted pursuant to Section III. D.

## IV. DURATION OF CONSENT DECREE AND RETENTION OF JURISDICTION

1. This Court shall retain jurisdiction of this case only for purposes of enforcing compliance with this Decree and resolving and disputes that arise from it.

2. Unless extended by this Court, this Consent Decree will automatically expire 12 months after its entry.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Nicholas Inzeo
Acting General Counsel

DATED: 1/27/03

William R. Tamayo
Regional Attorney

Jonathan T. Peck
Supervisory Trial Attorney

DATED: 1/26/03

HANSON BRIDGETT

Kurt A. Franklin
Attorney for Defendant

SO ORDERED:

DATED: JAN 3 0 2003

United States District Judge

Consent Decree Case No.C-01-3353-CW        4

# NOTICE

This notice is being posted pursuant to the terms of a Consent Decree reached between the Equal Employment Opportunity Commission and Res Care, Inc., in the Title VII discrimination lawsuit <u>EEOC v. Res Care, Inc.</u>, filed in the United States District Court for the Northern District of California, Civil Action No. C-01-03353-CW.

RES CARE, INC., MANAGEMENT WISHES TO EMPHASIZE THE COMPANY'S FUNDAMENTAL POLICY OF PROVIDING EQUAL EMPLOYMENT OPPORTUNITY IN ALL OF ITS OPERATION AND IN ALL AREAS OF EMPLOYMENT PRACTICES, AND TO ENSURE THAT THERE SHALL BE NO DISCRIMINATION AGAINST ANY EMPLOYEE OR APPLICANT FOR EMPLOYMENT ON THE GROUNDS OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR DISABILITY.

Res Care, Inc., has agreed in the consent decree to conduct annual training for its employees to inform them of what constitutes employment discrimination and to inform its employees of its Anti-Discrimination policies and procedures.

In compliance with federal law, no official at RES CARE, INC., will retaliate against an employee who complains about employment discrimination or who participates in an employment discrimination investigation.

The EEOC is the federal agency responsible for the administration and enforcement of four anti-discrimination statues: The Age Discrimination in Employment Act; Title VII of the Civil Rights Act, which prohibits discrimination based on race, color, religion, sex, and national origin; The Equal Pay Act; and Title I of the American with Disabilities Act. For more information about the United States EEOC go to its web site (<u>www.eeoc.gov</u>).

This Notice shall remain posted until _____, 2003. [1 year from entry of consent decree.]

_____
Res Care, Inc., by its Chief Executive Officer

ATTACHMENT A